UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-62199-CIV-ROSENBAUM/SELTZER

LEONELA RUBIO,

      Plaintiff,

vs.

QUEST COMM, INC., and BEN B. BOULET,

      Defendants.
_____/

## ORDER REQUIRING NOTICE ON ACCEPTANCE OF OFFER OF JUDGMENT

This matter is before the Court on Plaintiff's Notice of Acceptance of Offer of Judgment [D.E. 9]. On December 31, 2012, Plaintiff filed her Notice—dated December 28, 2012—accepting an offer of judgment made by Defendants. However, Defendants' offer, attached to Plaintiff's Notice as "Exhibit A," states that "[i]f this offer is not accepted in writing within ten (10) days after it is served, it shall be deemed withdrawn." D.E. 9-1 at 2-3. According to the certificate of service, Defendants' offer was served on December 14, 2012. *Id.* at 3. Thus, Plaintiff's acceptance occurred after Defendants' offer ostensibly expired.

Therefore, it is **ORDERED and ADJUDGED** that on or before **January 9, 2012**, Defendants shall file a notice with the Court indicating whether Plaintiff's acceptance of their offer is valid or not.

The Court further notes that **Plaintiff must still file her statement of claim**, regardless of whether the offer of judgment is accepted, as this Court must review settlements of Fair Labor Standards Act cases for fairness. *See* D.E. 8 (citing *Lynn's Food Stores, Inc. v. United States*, 679

F.2d 1350, 1352-53 (11th Cir. 1982)).  If Defendants agree that Plaintiff's acceptance is valid, Plaintiff must file her statement of claim within two (2) days of Defendants' notice; if Plaintiff's acceptance is not valid, Plaintiff's claim is due January 10, 2013, as previously ordered.  See D.E. 7, ¶ 1(a).

**DONE and ORDERED** at Fort Lauderdale, Florida, this 2nd day of January 2013.

_____
ROBIN S. ROSENBAUM
UNITED STATES DISTRICT JUDGE

Copies:
The Honorable Barry S. Seltzer
Counsel of Record