UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-62199-CIV-ROSENBAUM/SELTZER

LEONELA RUBIO,

    Plaintiff,

vs.

QUEST COMM, INC., and BEN B. BOULET,

    Defendants.

_____/

## ORDER

This matter is before the Court on Plaintiff's Notice of Acceptance of Offer of Judgment [D.E. 9]. On December 31, 2012, Plaintiff filed her Notice—dated December 28, 2012—accepting an offer of judgment made by Defendants. Defendants confirmed on January 7, 2013, that Plaintiff's acceptance of the judgment offer was valid. D.E. 11. Subsequently, on January 17, 2013, the Court directed the parties to file a proposed order entering judgment. To date, though, the parties have not filed a proposed order nor otherwise sought to dismiss the case.

Therefore, so that this case may be appropriately resolved and closed, it is **ORDERED and ADJUDGED** that on or before **January 30, 2013**, the parties shall either file a proposed order entering judgment or a motion to approve a settlement and dismiss the case.

**DONE and ORDERED** at Fort Lauderdale, Florida, this 24th day of January 2013.

                                              ROBIN S. ROSENBAUM
                                              UNITED STATES DISTRICT JUDGE

Copies:
The Honorable Barry S. Seltzer
Counsel of Record